```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01020
    BARBARA O WASHINGTON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8200


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/17/2008 and was confirmed 03/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors    .00%.

     The case was dismissed after confirmation 02/23/2009.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
CAPITAL ONE               UNSECURED           715.72          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED           145.85          .00            .00
BILL KAY FORD INC         UNSECURED          1000.00          .00            .00
AMERICREDIT FINANCIAL SV  SECURED VEHIC      9150.00       304.68        1265.76
AMERICREDIT FINANCIAL SV  UNSECURED           306.47          .00            .00
AMERICREDIT FINANCIAL SV  NOTICE ONLY     NOT FILED           .00            .00
WELLS FARGO BANK          CURRENT MORTG         .00           .00            .00
WELLS FARGO BANK          MORTGAGE ARRE         .00           .00            .00
HOMEQ SERVICING           NOTICE ONLY     NOT FILED           .00            .00
HOMEQ SERVCING            NOTICE ONLY     NOT FILED           .00            .00
HOMEEQ                    NOTICE ONLY     NOT FILED           .00            .00
REGIONAL ACCEPTANCE CORP  SECURED VEHIC     11000.00       431.38        1510.63
REGIONAL ACCEPTANCE CORP  UNSECURED         11831.00          .00            .00
REGIONAL ACCEPTANCE       NOTICE ONLY     NOT FILED           .00            .00
CAVALRY PORTFOLIO SERV    UNSECURED          1542.44          .00            .00
AT&T                      UNSECURED       NOT FILED           .00            .00
AT & T                    UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED           460.00          .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00            .00
EARTHLINK                 UNSECURED       NOT FILED           .00            .00
FORD MOTOR CREDIT         UNSECURED       NOT FILED           .00            .00
MIDNIGHT VELVET           UNSECURED           503.13          .00            .00
PREMIER BANKCARD          UNSECURED       NOT FILED           .00            .00
STATE FARM                UNSECURED       NOT FILED           .00            .00
STATE FARM                NOTICE ONLY     NOT FILED           .00            .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY       2,854.00                     2,191.55
TOM VAUGHN                TRUSTEE                                          496.00
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
```

PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 01020 BARBARA O WASHINGTON

```
--------------------------------------------------------------------------------
TRUSTEE                                        6,200.00

PRIORITY                                                                    .00
SECURED                                                                2,776.39
    INTEREST                                                             736.06
UNSECURED                                                                   .00
ADMINISTRATIVE                                                         2,191.55
TRUSTEE COMPENSATION                                                     496.00
DEBTOR REFUND                                                               .00
                                          ---------------       ---------------
TOTALS                                         6,200.00               6,200.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/26/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE